# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

L. RUTHER and AHHHHA INC,

      Plaintiffs,

v.                                                         Case No: 6:15-cv-386-Orl-40DAB

PROMETHEUS LAW and PLCMGMT LLC,

      Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed *in forma pauperis* (Doc. 2) filed on March 10, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that although an objection was filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed March 13, 2015 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Application to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3.     The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

---

[1] Plaintiff filed a "Notice" on March 23, 2015 (Doc. 4). Even construing the Notice as an objection to the Report and Recommendation, it is illegible and impossible to decipher. Thus, the Court does not address any specific objection Plaintiff may be attempting to raise.

4. Plaintiff may file an Amended Complaint setting forth a cognizable claim on or before April 15, 2015 along with either the filing fee or a new motion to appear *in forma pauperis*. **Plaintiff is advised to review the forms available on the Court's internet website ([www.flmd.uscourts.gov](www.flmd.uscourts.gov)) under Proceeding Without A Lawyer.** Failure to timely file an Amended Complaint along with either the filing fee or a new motion to appear *in forma pauperis* setting forth new or additional facts will result in the case being dismissed without further notice to Plaintiff.

**DONE AND ORDERED** in Orlando, Florida on April 1, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties